IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANNETTE SHOULTS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:07-cv-2717-GET |
| NORTHSTAR LOCATION | : | |
| SERVICES, LLC, a New York | : | |
| Company, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, and before the service of an answer or a motion for summary

judgment, and stipulates that this action shall be dismissed with prejudice to all

claims.

Respectfully submitted this 31st  day of January, 2008.

THE LAW OFFICE OF JAMES M. FEAGLE, P.C.

by:    S/James M. Feagle
James M. Feagle
Attorney for plaintiff
Georgia Bar No. 256916

- 1 -

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855